IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ERNIE VAN DE'R VAA'RTE
YOUNG, JR, et al,

    Plaintiffs,

v.

RONALD D. GRENSKEY, et al,

    Defendants.

Civ. No. 1:17-cv-1630-CL

ORDER

MCSHANE, Judge:

Magistrate Judge Mark D. Clarke filed a Report and Recommendation (ECF No. 15), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Although plaintiff did not file objections, I reviewed the legal principles *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct. Magistrate Judge Clarke's Report and Recommendation (ECF No. 15) is adopted. This action is dismissed, with prejudice.

IT IS SO ORDERED.

DATED this 4th day of April, 2018.

                                              /s/ Michael J. McShane
                                              Michael McShane
                                          United States District Judge

1 – ORDER